IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WALLACE GILMORE, JR.,

     Appellant,

 v.

Case No.  5D22-1615
LT Case No. 2021-CF-003751-A-W

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 4, 2023

Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hanson, Assistant Public
Defender, Daytona Beach, for
Appellant.

Wallace Gilmore, Jr., Blountstown,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L.
Davenport, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.